3IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| **ANDREW CLARKE and** | ) | |
| **BEVERLY ELAINE CORBIN,** | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | CIVIL ACTION NO. |
| v. | ) | 2:17cv730-MHT |
| | ) | (WO) |
| **RAY D. GOODSON, et al.,** | ) | |
| | ) | |
| Defendants. | ) | |

OPINION

Pursuant to 42 U.S.C. § 1983, plaintiffs filed this lawsuit asserting that the defendant county commissioners violated their rights to equal protection and due process, and the Establishment Clause of the First Amendment, in deciding not to approve plaintiffs' application for a license to sell alcohol at their business. This lawsuit is now before the court on the recommendation of the United States Magistrate Judge that defendants' motion for dismissal be granted and plaintiff's case be dismissed. Also before the court are plaintiff's objections to the

recommendation. After an independent and de novo review of the record, the court concludes that plaintiff's objections should be overruled and the magistrate judge's recommendation adopted, albeit for somewhat different reasons.

An appropriate judgment will be entered.

DONE, this the 25th day of September, 2018.

/s/ Myron H. Thompson
**UNITED STATES DISTRICT JUDGE**