IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| ANDREW CLARKE and<br>BEVERLY ELAINE CORBIN, | )<br>)<br>) | |
| Plaintiffs, | )<br>) | CIVIL ACTION NO. |
| v. | )<br>) | 2:17cv730-MHT<br>(WO) |
| RAY D. GOODSON, et al., | )<br>) | |
| Defendants. | ) | |

**JUDGMENT**

In accordance with the memorandum opinion entered today, it is the ORDER, JUDGMENT, and DECREE of the court as follows:

(1) Plaintiffs' objections (doc. no. 35) are overruled.

(2) The United States Magistrate Judge's recommendation (doc. no. 34) is adopted.

(3) Defendants' motion to dismiss (doc. no. 9) is granted.

(4) This lawsuit is dismissed with prejudice.

(5) The motion to strike and for sanctions (doc.

no. 37) is denied.

(6) The motion for reconsideration (doc. no. 32) is denied as moot.

It is further ORDERED that costs are taxed against plaintiffs, for which execution may issue.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 25th day of September, 2018.

                                            /s/ Myron H. Thompson
                                      **UNITED STATES DISTRICT JUDGE**